UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS    CASE NO.  3:02cr79LAC

DOUGLAS WAYNE HALL

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on March 24, 2006
Motion/Pleadings: MOTION AND AUTHORITY ASKING THIS HONORABLE COURT TO GRANT A CERTIFICATE OF APPEALABILITY PURSUANT TO A SUBSTANTIAL SHOWING OF DENIAL OF CONSTITUTIONAL RIGHTS IN THIS CASE AT BAR
Filed by DEFENDANT PRO SE   on 3/6/06   Doc.# 35
RESPONSES:
                                   on           Doc.# 
                                   on           Doc.# 

____ Stipulated       ____ Joint Pldg.
____ Unopposed        ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy

LC (1 OR 2)                Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 3rd day of April, 2006, that:*

*(a) The relief requested is **DENIED**.*

*(b) There is no appealable order outstanding.*

s/*L.A. Collier*
***LACEY A. COLLIER***
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.